BEFORE THE THIRD DIVISION, OCTOBER 14, 1954

**No. 58426.**—Norman G. Jensen, Inc. *v.* United States, protest 170262–K (Duluth).

Opinion by JOHNSON, J. From the official papers, it appeared that the protest was filed more than 60 days after liquidation. The court took judicial notice, however, that the 60th day fell on a Saturday. (*Virginia Bridge & Iron Co.* v. *Camp*, 11 F. (2d) 589.) Accordingly, following *Hawaiian Oke & Liquors, Ltd.* v. *United States* (28 Cust. Ct. 58, C. D. 1388), it was held that the protest is timely. In accordance with stipulation of counsel that the merchandise consists of frozen beef lungs similar in all material respects to those the subject of *A. N. Deringer, Inc., et al.* v. *United States* (32 Cust. Ct. 41, C. D. 1578), the claim of the plaintiff was sustained.

OCTOBER 11, 1954

**No. 58427.**—SUIT 4789.—United States *v.* Esso Export Corporation.—C. D. 1535 reversed June 24, 1954. C. A. D. 569.